IN THE CIRCUIT COURT, FIFTH
JUDICIAL CIRCUIT, IN AND FOR
LAKE COUNTY, FLORIDA

CASE NO.: 11CA2220

**BARBARA LUIDER and
EDWARD LUIDER, her spouse,**
      Plaintiffs,

vs.

**IVAN STOYNEV, CRESTA LOGISTICS, INC.,** a
corporation, **G & N LOGISTICS, INC.,** a corporation,
**CARROLL FULMER LOGISTICS CORPORATION,**
a corporation, and **STATE FARM FIRE AND
CASUALTY COMPANY,** a corporation.
      Defendants.
_____/

## COMPLAINT

### COUNT I

Plaintiffs, BARBARA LUIDER and EDWARD LUIDER, her spouse, by and through their undersigned counsel, sue Defendants, IVAN STOYNEV, CRESTA LOGISTICS, INC., a corporation, G & N LOGISTICS, INC., a corporation, and CARROLL FULMER LOGISTICS CORPORATION, a corporation, and STATE FARM FIRE AND CASUALTY COMPANY, and allege:

1. This is a cause of action for damages in excess of $15,000.00, exclusive of costs and interest.

2. At all times material hereto the Plaintiffs, BARBARA LUIDER and EDWARD LUIDER, were and are residents of Marion County, Florida.

3. At all times material hereto Defendant, IVAN STOYNEV, was and is a resident of Racine County, Wisconsin.

4. At all times material hereto, Defendant, CRESTA LOGISTICS, INC., was



a foreign corporation doing business in the State of Florida.

5. At all times material hereto, Defendant, G & N LOGISTICS, INC., was a foreign corporation doing business in the State of Florida.

6. At all times material hereto, Defendant, CARROLL FULMER LOGISTICS CORPORATION, was a Florida corporation doing business in the State of Florida.

7. Defendant, CRESTA LOGISTICS, INC., on or about August 31, 2007, owned or otherwise controlled the use of a 2002 Volvo motor vehicle, Vehicle Identification Number 4V4NC9GH82N330542, and bearing Illinois license number P590143.

8. Defendant, CARROLL FULMER LOGISTICS CORPORATION, on or about August 31, 2007, owned or otherwise controlled the use of a 1996 trailer unit, Vehicle Identification Number 1NNVA5323TM290326, Indiana license number P50445, which at the time of the subject accident was attached to and being pulled by the aforementioned Volvo motor vehicle, and was being operated by Defendant, IVAN STOYNEV.

9. Defendant, G & N LOGISTICS, INC., on or about August 31, 2007, maintained a possessory interest in and/or otherwise controlled the use of the aforementioned 2002 Volvo motor vehicle, Vehicle Identification Number 4V4NC9GH82N330542, Illinois license number P590143, as well as the aforementioned 1996 trailer unit, Vehicle Identification Number 1NNVA5323TM290326, Indiana license number P50445.

10. On or about August 31, 2007, Defendant, IVAN STOYNEV, was the operator of the aforesaid 2002 Volvo and 1996 trailer, at or near the intersection of SR 91 (Florida Turnpike) and County Road 470, in Lake County, Florida, with the full

knowledge, permission and consent of Defendants, CRESTA LOGISTICS, INC., G & N LOGISTICS, INC., and CARROLL FULMER LOGISTICS CORPORATION.

11. At the time and place referred to in Paragraph 10 above, Defendant, IVAN STOYNEV, was operating the above described motor vehicle in his capacity as an agent, employee, and/or servant of the one or more of the Defendants, CRESTA LOGISTICS, INC., G & N LOGISTICS, INC., and CARROLL FULMER LOGISTICS CORPORATION.

12. At that time and place referred to above, the Defendant, IVAN STOYNEV, negligently operated or maintained said motor vehicle so that it collided with a motor vehicle being occupied by Plaintiff, BARBARA LUIDER.

13. As a direct and proximate result of the aforesaid negligence of the Defendants, and specifically Defendant, IVAN STOYNEV, the Plaintiff, BARBARA LUIDER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a pre-existing condition. The losses are either permanent or continuing in nature, and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, BARBARA LUIDER, demands judgment for damages against Defendants, IVAN STOYNEV, CRESTA LOGISTICS, INC., G & N LOGISTICS, INC., and CARROLL FULMER LOGISTICS CORPORATION, and further requests trial by jury.

## COUNT II

And for a second count herein, the Plaintiff, EDWARD LUIDER, re-alleges the

allegations of Count I above and incorporates same by reference, and further states:

14. At all times material hereto the Plaintiff, EDWARD LUIDER, was and is the husband of the injured Plaintiff, BARBARA LUIDER.

15. As a result of the injuries sustained by his spouse, BARBARA LUIDER, the Plaintiff, EDWARD LUIDER, has lost the comfort, society, companionship and services of his spouse. Plaintiff's losses are permanent and continuing in nature and he will suffer the losses in the future.

WHEREFORE, Plaintiff, EDWARD LUIDER, demands judgment for damages against Defendants, IVAN STOYNEV, CRESTA LOGISTICS, INC., G & N LOGISTICS, INC., and CARROLL FULMER LOGISTICS CORPORATION, and further requests trial by jury.

## COUNT III

And for a third count herein, the Plaintiff, BARBARA LUIDER, re-alleges the allegations of Count I and Count II above and incorporates same by reference, and further states:

16. At all times material hereto, the Defendant, STATE FARM FIRE AND CASUALTY COMPANY, a corporation ("STATE FARM"), was and is a corporation authorized to do business in the state of Florida, primarily engaged in the business of providing various forms of insurance coverage.

17. On or about August 31, 2007, the Plaintiff, BARBARA LUIDER, owned and operated a motor vehicle at or near the intersection of SR 91 (Florida Turnpike) and County Road 470, in Lake County, Florida.

18. On or prior to August 31, 2007, the Defendant, STATE FARM, issued to

the Plaintiff, a policy of automobile insurance, Policy No. 3233-498-59B, said policy providing underinsured motorist insurance coverage for the benefit of the Plaintiff's herein. Plaintiff does not possess a copy of said policy, but reasonably believes the actual policy to be in Defendant's possession and thus available through future discovery.

19. The insurance policy and the coverage described therein were in full force and effect during all times relevant to this action, including August 31, 2007.

20. The Plaintiff has claimed entitlement to benefits under said policy, and all conditions precedent to entitle the Plaintiff to present this claim under said policy have been performed.

21. On or about August 31, 2007, the Plaintiff, BARBARA LUIDER, was operating her insured motor vehicle as referred to above. At the time and place referred to above, said insured motor vehicle was struck by an underinsured motor vehicle which was being negligently operated or maintained.

22. As a result of this accident, the Plaintiff, BARBARA LUIDER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a pre-existing condition. The losses are either permanent or continuing in nature, and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, BARBARA LUIDER, demands judgment for damages against Defendant, STATE FARM, and further requests trial by jury.

### COUNT IV

And for a fourth count herein, the Plaintiff, EDWARD LUIDER, realleges the

allegations of Count I above and incorporates same by reference, and further states:

23. At all times material hereto the Plaintiff, EDWARD LUIDER, was and is the spouse of the injured Plaintiff, BARBARA LUIDER.

24. As a result of the injuries sustained by his spouse, BARBARA LUIDER, the Plaintiff, EDWARD LUIDER, has lost the comfort, society, companionship and services of his spouse. Plaintiff's losses are permanent and continuing in nature and she will suffer the losses in the future.

**WHEREFORE**, Plaintiff, EDWARD LUIDER, demands judgment for damages against Defendant, STATE FARM, and further requests trial by jury.

**CHARLIE TUCKER, P.A.**

_____
Christopher K. Welch, Esquire
300 SE First Avenue
Evans Centre, Suite C
Ocala, FL 34471
(352) 732-5330(jl)
FL Bar No.: 0275440
Attorney for Plaintiffs