UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BARBARA LUIDER, EDWARD LUIDER, her spouse,

    Plaintiffs,

v.                                    Case No. 5:12-cv-45-Oc-10TBS

IVAN STOYNEV, CRESTA LOGISTICS, INC., a foreign corporation, G&N LOGISTICS, INC., a foreign corporation, CARROLL FULMER LOGISTICS CORPORATION, a Florida corporation, STATE FARM FIRE AND CASUALTY COMPANY, a corporation,

    Defendants.

## ORDER

Pending before the Court are Plaintiffs' Motion for Extension of Time for Service of Process on Ivan Stoynev (Doc. 15) and Plaintiff's (sic) Motion for Leave to File Amended Complaint (Doc. 16).

Upon due consideration, both motions are DENIED WITHOUT PREJUDICE because Plaintiffs have not complied with Local Rule 3.01(g).

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 12, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel